**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7573**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MARIO ALBERTO GARCIA HOLGUIN,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. Glen E. Conrad, Chief District Judge. (5:04-cr-00025-GEC-4)

Submitted: February 23, 2012      Decided: February 28, 2012

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mario Alberto Garcia Holguin, Appellant Pro Se. Ronald Mitchell Huber, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mario Alberto Garcia Holguin appeals the district court's order granting his motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) (2006).  We have reviewed the record and find no error.  Accordingly, we affirm for the reasons stated by the district court.  <u>United States v. Holguin</u>, No. 5:04-cr-00025-GEC (W.D. Va. Nov. 7, 2011).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>